UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RUFUS LOVELL BROOKS,**

    **Plaintiff,**

v.                                     Case No.  6:23-cv-1756-CEM-DCI

**AMPCUS, INC.,**

    **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Motion to Dismiss (Doc. 33). The United States Magistrate Judge issued a Report and Recommendation (Doc. 35), recommending that the Motion be granted, Plaintiff's Amended Complaint (Doc. 31) be dismissed without leave to amend, and the case be closed. (Doc. 35 at 5).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 35) is **ADOPTED** and made a part of this Order.

2. Defendant's Motion to Dismiss (Doc. 33) is **GRANTED**.

3. Plaintiff's Amended Complaint (Doc. 31) is **DISMISSED without leave to amend**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 11, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party